# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133849

MICHAEL RUSSELL and CHRISTINA
RUSSELL,
      Plaintiffs-Appellees,

v

                                  SC: 133849
                                  COA: 273144

RAMSEY HOLDING, LLC,
           Defendant-Appellant.
                                  Jackson CC: 05-005634-NO

_____/

      On order of the Court, the application for leave to appeal the March 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

d0905                                                Clerk